UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARYLIN MONAE GREEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM HOBBS, et al., )<br>)<br>    Defendant. ) | No. CIV-24-199-R |

# ORDER

On October 24, 2024, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation recommending that the Court dismiss Plaintiff Marylin Monae Green's Complaint [Doc. No. 1] without prejudice to re-filing for "failure to submit the paperwork necessary for service in accordance with the Court's Order[] [Doc. No. 16 at p. 3].[1]

Judge Maxfield Green informed Plaintiff of her right to file objections to the Report and Recommendation, instructed her that such objections were due by November 14, 2024, and advised that a failure to object "waives the right to appellate review of both factual and legal questions contained herein." Doc. No. 16 at pp. 3-4.

---

[1] The docket reflects that Judge Maxfield Green's Order was mailed to Plaintiff and returned as undeliverable [Doc. No. 15]. Similarly, the present Report and Recommendation was mailed to Plaintiff and returned as undeliverable [Doc. No. 17]. Under LCvR5.4, *pro se* litigants are required to notify the court of any change of address, and "[p]apers sent by the court will be deemed delivered of sent to the last known address given to the court." LCvR5.4. Accordingly, both the Order [Doc. No. 14] and the Report and Recommendation are deemed delivered.

To date, neither an objection nor a request for an extension of time to object to the Report and Recommendation has been filed. With no objections being filed within the time prescribed, the Court ADOPTS the Report and Recommendation in its entirety, Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice to refiling.

IT IS SO ORDERED this 18th day of November, 2024.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE